# In the United States Court of Federal Claims

No. 19-340C

(Filed: June 6, 2019)

```
*****************************************
                                        *
ISMAEL H. PADILLA,                      *
                                        *
                     Plaintiff,         *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                     Defendant.         *
                                        *
*****************************************
```

## ORDER

On March 7, 2019, the Court ordered *pro se* Plaintiff Ismael H. Padilla to pay a filing fee by April 8, 2019 since he has previously filed at least three civil complaints which were dismissed as frivolous, malicious, or for failure to state a claim. See Padilla v. Watkins, 491 F. App'x 484, 485 (5th Cir. 2012); 28 U.S.C. § 1915(g).

On May 7, 2019, the Court denied Mr. Padilla's motion for reconsideration of the Court's March 7 order. In that order, the Court also directed Mr. Padilla to pay the filing fee on or before Tuesday, May 21, 2019, and informed Mr. Padilla that "[f]ailure to comply with this Order will result in the dismissal of Mr. Padilla's complaint for failure to prosecute pursuant to Rule 41 of this Court." Dkt. No. 7. To date, Mr. Padilla has not paid the required fee. Accordingly, Mr. Padilla's complaint is DISMISSED pursuant to Rule 41 of this Court.

IT IS SO ORDERED.

*Thomas C. Wheeler*
THOMAS C. WHEELER
Judge

7018 0040 0001 1393 4342